**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-2205**

KENNETH S. SATTERFIELD,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, U.S. Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-99-719-5-BO(2))

Submitted: January 11, 2001      Decided: January 17, 2001

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth S. Satterfield, Appellant Pro Se. Janice McKenzie Cole, United States Attorney, Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Satterfield appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Satterfield v. Henderson, No. CA-99-719-5-BO(2) (E.D.N.C. Aug. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2